UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

NATHAN HUNTER,                        )
                                      )
           Petitioner,                )
                                      )
    vs.                               )   1:06-cv-1126-RLY-WTL
                                      )
MARK A. BEZY, Warden,                 )
                                      )
           Respondent.                )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date:  12/27/2006

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nathan Hunter
Reg. No. 08146-007
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47808

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN  46204-3048